UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHERRY SPURLIN, | * | |
| | * | CIVIL ACTION NO. _____ |
| Plaintiff, | * | |
| | * | SECTION "___" |
| VERSUS | * | |
| | * | JUDGE: _____ |
| CHRISTWOOD, L.L.C. | * | |
| | * | |
| | * | MAGISTRATE: _____ |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT

**NOW INTO COURT**, through her undersigned counsel of record, comes plaintiff, Sherry Spurlin ("Plaintiff"), who respectfully represents as follows.

### Jurisdiction and Venue

1.     The jurisdiction of this court is invoked pursuant to 28 U.S.C. §1331 as a federal question case arising under federal law.  This case is authorized and instituted pursuant to the Uniformed Services Employment and Reemployment Rights Act ("USERRA"), 38 U.S.C. § 4301 *et seq.*

2.     Venue is proper in this court as Plaintiff was formerly employed by defendant, Christwood, L.L.C. ("Defendant") in Covington, St. Tammany Parish, Louisiana, in the Eastern District of Louisiana.

1

3.      Plaintiff is an adult citizen of the United States and a former resident of St. Tammany Parish, Louisiana.  Plaintiff was employed by Defendant at its location in Covington from October 2013 to April 2016.

4.      Defendant is a Louisiana nonprofit limited liability company doing business in the Eastern District of Louisiana. Defendant is an employer within the meaning of USERRA, and has been subject to its requirements at all relevant times herein.

**Factual Allegations**

5.      Plaintiff began work for Defendant in September 2013. Throughout her employment with Defendant, Plaintiff was employed as an administrative assistant.

6.      Prior to her employment with Defendant, beginning in 2010 and continuing to date, Plaintiff has served and continues to serve as an Individual Assistance Reservist with the Federal Emergency Management Association ("FEMA"). FEMA deploys Plaintiff and other reservists as needed for the management of national emergencies as they arise.

7.      FEMA reservists are service members within the meaning of USERRA and are subject to its protections.

8.      In or around March of 2016, FEMA deployed Plaintiff to assist with emergency management as a result of flooding in the Baton Rouge area. Upon receipt of the orders, on or about March 16, 2016, Plaintiff promptly requested a leave of absence from Defendant in order to comply with her deployment. The leave of absence was scheduled to commence on March 22,

2016, with an initial requested end date of April 21, 2016.

9.      Throughout Plaintiff's initial 30-day leave in March and April of 2016, Plaintiff regularly appeared for work at Defendant's Covington location on Mondays, Plaintiff's off days from FEMA work. On or about April 18, 2016, Plaintiff appeared at work for Defendant on her day off. Plaintiff was scheduled to return from leave and resume her full-time duties with Defendant on Monday, April 25, 2016.

10.     On April 21, 2016, Plaintiff emailed an appropriate representative of Defendant to report an expected extension of her deployment up to and including June 15, 2016, as communicated to her by FEMA. Plaintiff requested a corresponding leave of absence from her work with Defendant.

11.     On April 26, 2016, Defendant advised Plaintiff that it would not be extending her leave or even offering her the opportunity to return to work immediately. Instead, Defendant stated that Plaintiff's deployment would put too much of a burden on the staff. Defendant terminated Plaintiff, coding her termination as "voluntary" due to Plaintiff's "failure to return" from her federally protected leave of absence.

12.     Defendant terminated Plaintiff, and/or discontinued her benefits, and/or failed to reinstate her after her leave, all in violation of USERRA. Defendant's violations of USERRA as alleged herein were willful.

13.     As a result of Defendant's violation of USERRA, Plaintiff has suffered damages.

3

Plaintiff is entitled to recover, and hereby seeks, said damages, including back pay, front pay, lost benefits, liquidated damages, injunctive and declaratory relief, attorneys' fees and other litigation expenses.

## Prayer for Relief

*Plaintiff hereby demands trial by jury.*

Respectfully submitted by:

**PERAGINE LAW FIRM, L.L.C.**

/s/ Christa H. Forrester
Christa Hayes Forrester (La. Bar No. 33133)
527 East Boston Street, Suite 201
Covington, Louisiana  70433
Telephone:  (985) 292-3500
Telecopy:    (985) 292-3501
E-mail: christie@plalaw.com

Counsel for Plaintiff,
*Sherry Spurlin*

4