UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SHERRY SPURLIN**                                               **CIVIL ACTION**

**VERSUS**                                                       **NO. 16-12692**

**CHRISTWOOD, LLC**                                              **SECTION "B"(1)**

**JUDGMENT**

The Court granted Defendant's motion to dismiss (Rec. Doc. 12). Entry of a final judgment is proper because the resolution of that motion dismissed all claims against the only defendant.

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant Christwood, LLC and against Plaintiff Sherry Spurlin, dismissing with prejudice Plaintiff's claims against Defendant.

New Orleans, Louisiana, this 2nd day of November, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE